Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ District of Kansas
                        (State)
Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**: Digital Aerolus, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   EIN __ __ - __ __ __ __ __ __ __

5. **Debtor's address**

   **Principal place of business**

   9910 Widmer Road
   Number    Street

   Sandy Peterson, Resident Agent

   Lenexa                         KS    66215
   City                           State  ZIP Code

   County _____

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City        State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City        State  ZIP Code

Debtor  Digital Aerolus, Inc.
        Name                                               Case number (if known) _____

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                        MM / DD / YYYY
     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                        MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                 Involuntary Petition Against a Non-Individual                 page 2

Case 22-20789    Doc# 1    Filed 08/24/22    Page 2 of 4

| Debtor | Digital Aerolus, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Bob Long | Unpaid Invoices | $ 16,866.00 |
| David Wathen | Unpaid Invoices | $ 19,210.00 |
| Qual Electronics Corporation | Unpaid Invoices | $ 95,198.30 |
| | Total of petitioners' claims | $ 131,274.30 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Bob Long
Name
14410 South Quivira Road
Number   Street
Olathe         KS       66062
City           State    ZIP Code

Name and mailing address of petitioner's representative, if any

**Attorneys**

Bradley D. McCormack
Printed name
The Sader Law Firm
Firm name, if any
2345 Grand Blvd., Suite 2150
Number   Street
Kansas City      MO     64108
City             State  ZIP Code

Contact phone 816-561-1818  Email bmccormack@saderlawfirm.com

Bar number 21527

State KS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Aug 22, 2022
             MM / DD / YYYY

X *Bob Long*
Bob Long (Aug 22, 2022 16:08 CDT)
Signature of petitioner or representative, including representative's title

X [signature]
Signature of attorney

Date signed  8/24/2022
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

**Name and mailing address of petitioner**

David Wathen
Name

22 Diana Court
Number    Street

Fort Thomas    KY    41075
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Aug 24, 2022
    MM / DD / YYYY

✗ *David Wathen*
David Wathen (Aug 24, 2022 15:19 EDT)
Signature of petitioner or representative, including representative's title

Bradley D. McCormack
Printed name

The Sader Law Firm
Firm name, if any

2345 Grand Blvd., Suite 2150
Number    Street

Kansas City    MO    64108
City    State    ZIP Code

Contact phone  816-561-1818   Email  bmccormack@saderlawfirm.com

Bar number  21527

State  KS

✗ _(signature)_
Signature of attorney

Date signed  8/24/22
    MM / DD / YYYY

---

**Name and mailing address of petitioner**

Qual Electronics Corporation
Name

1011 West 45th Avenue
Number    Street

Denver    CO    80211
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Aug 24, 2022
    MM / DD / YYYY

✗ *Manhar Karsanbhai*
Manhar Karsanbhai (Aug 24, 2022 12:49 MDT)
Signature of petitioner or representative, including representative's title

Bradley D. McCormack
Printed name

The Sader Law Firm
Firm name, if any

2345 Grand Blvd., Suite 2150
Number    Street

Kansas City    MO    64108
City    State    ZIP Code

Contact phone  816-561-1818   Email  bmccormack@saderlawfirm.com

Bar number  21527

State  KS

✗ _(signature)_
Signature of attorney

Date signed  8/24/22
    MM / DD / YYYY