IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| In re: | |
| Digital Aerolus, Inc. | Case No. 22-20789-rdb7 |
| | Chapter 7 |
| 9910 Widmer Road | |
| Lenexa, Kansas 66215 | |
| Putative Debtor. | |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW Petitioning Creditors and Putative Debtor, by and through counsel, and for their Joint Motion to Dismiss the Involuntary Petition state as follows:

1. The Involuntary Petition was filed on August 24, 2022.

2. On March 10, 2023, the Putative Debtor filed a voluntary Subchapter V Chapter 11, Case Number 23-20226.

3. The instant case is now moot.

4. All parties desire the instant case to be dismissed.

WHEREFORE, the parties request this Court dismiss the Involuntary Petition and for any other orders the Court deems just and proper.

SADER LAW FIRM LLC

By: s/ *Bradley D. McCormack*
    Bradley D. McCormack, KS 21527
    2345 Grand Boulevard, Suite 2150
    Kansas City, Missouri 64108-2663
    816-561-1818
    Direct Dial: 816-595-1802
    Fax: 816-561-0818
    bmccormack@saderlawfirm.com

THE OLSEN LAW FIRM, LLC

By: s/ *Jill D. Olsen*_____
    Jill D. Olsen, KS 20105
    118 North Conistor Lane, Suite B290
    Liberty, Missouri 64068
    816-521-8811
    jill@olsenlawkc.com

**CERTIFICATE OF SERVICE (ECF)**

    The undersigned hereby certifies that a true and correct copy of the foregoing, along with any attachments, was served upon all parties and others receiving electronic service through the U.S. Bankruptcy Court's ECF System, and by First Class U.S. Mail, postage prepaid, upon the parties listed below on May 5, 2023.

/s/ *Bradley D. McCormack*
Bradley D. McCormack, Attorney

s:\digital aerolus\bankruptcy pleadings\2023.05.05 motion to dismiss.docx